THOMAS KELLEY, Respondent, *v.* JAMES J. McMAHON, Appellant.

(Argued April 25, 1882 ; decided May 5, 1882.)

*E. D. Northrup* for appellant.

*G. M. Rider* for respondent.

Agree to dismiss appeal. No opinion.
All concur, except MILLER and TRACY, JJ., absent.
Appeal dismissed.

---

FITZHUGH SMITH, Respondent, *v.* LAURENT J. TONNELE, Appellant.

(Argued April 25, 1882; decided May 5, 1882.)

*C. W. Pleasants* for appellant.

*Nathaniel C. Moak* for respondent.

Agree to dismiss appeal. No opinion.
All concur, except MILLER and TRACY, JJ., absent.
Appeal dismissed.

---

THE FARMERS' LOAN AND TRUST COMPANY, as Receiver, etc., Respondent, *v.* SARAH JAMES et al., Appellants.

(Argued April 25, 1882 ; decided May 5, 1882.)

*E. Countryman* for appellants.

*David McClure* for respondent.

Agree to affirm. No opinion.
All concur, except MILLER and TRACY, JJ., absent.
Order affirmed.